IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KEVIN BRADLEY NELSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:10-CV-1076-WKW |
| | ) |
| JIMMY ABBETT, BLAKE JENNINGS, and TALLAPOOSA COUNTY BOARD OF COMMISSIONERS, | ) ) ) ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On September 5, 2013, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 19.) Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that the Recommendation of the Magistrate Judge is ADOPTED and that:

1. Defendants' motion for summary judgment is GRANTED.

2. The costs of this proceeding are taxed against Plaintiff.

DONE this 30th day of September, 2013.

                                              /s/ W. Keith Watkins
                                      CHIEF UNITED STATES DISTRICT JUDGE